UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MURPHY, *on behalf of himself and all other persons similarly situated*,

Plaintiff,

-against-

TDS MANAGEMENT ZIMBA, LLC,

Defendant.

26-CV-0353 (PAE) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 14, 2026, Plaintiff filed the complaint in this action. (ECF 1.) On the same day, Plaintiff requested the issuance of a summons. (ECF 2.) On January 15, 2026, an electronic summons was issued (ECF 5). On January 21, 2026, the case was referred to me by the Honorable Paul A. Engelmayer for general pretrial supervision. (ECF 6.) As of the date of this order, no proof of service of the summons and complaint has been filed on the docket.

Plaintiff's deadline to effect service on Defendants and to file proof of service is extended retroactively (nunc pro tunc) until **April 24, 2026.** Defendants' response to the Petition shall be due the later of 21 days after service upon defendant or **May 15, 2026**.

DATED:  April 20, 2026
New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge