UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES MURPHY, *on behalf of himself and all other persons similarly situated*,<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>TDS MANAGEMENT ZIMBA, LLC,<br><br>　　　　　Defendant. | 26-CV-0353 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff timely served Defendant TDS Management Zimba, LLC with the summons and complaint in this matter on April 13, 2026. (*See* ECF 6.) Defendant was therefore required to respond to the Complaint by May 15, 2026. (*See id*.) To date, Defendant has not filed a response to the complaint.

Accordingly, I am sua sponte extending the Defendant's deadline to respond to the complaint nunc pro tunc until **June 5, 2026**. Plaintiff is directed to serve a copy of this order on Defendant by mail at its last known address, and by email to its last known email address, by **May 21, 2026** and to file proof of service on the docket by **May 21, 2026**.

Dated: May 19, 2026
　　　New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge