UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MURPHY, *on behalf of himself and all other persons similarly situated*,

Plaintiff,

-against-

TDS MANAGEMENT ZIMBA, LLC,

Defendant.

26-CV-0353 (PAE) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 19, 2026, I directed Plaintiff to serve a copy of my order at ECF 10 on Defendant by mail at its last known address, and by email to its last known email address, by May 21, 2026 and to file proof of service on the docket by May 21, 2026. (*See* ECF 10.) To date, Plaintiff has not filed such proof of service on the docket.

Accordingly, I am nunc pro tunc extending Plaintiff's deadline to effect and file proof of service consistent with my order at ECF 10 by **June 4, 2026**.

Dated: June 3, 2026
     New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge