UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MURPHY, *on behalf of himself and all other persons similarly situated*,

Plaintiff,

-against-

TDS MANAGEMENT ZIMBA, LLC,

Defendant.

26-CV-0353 (PAE) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff timely served Defendant TDS Management Zimba, LLC with the summons and complaint in this matter on April 13, 2026. (ECF 9.) Defendant was therefore required to respond to the Complaint by May 15, 2026. (*See id*.) Defendant did not file a response to the complaint. Accordingly, I sua sponte extended Defendant's deadline to respond to the complaint nunc pro tunc until June 5, 2026; I also ordered Plaintiff to serve a copy of my order on Defendant by mail at its last known address, and by email to its last known email address, and to file proof of service on the docket. (ECF 10.) Plaintiff filed proof of such service. (ECF 12.) Defendant has still not responded to the complaint.

I am again extending Defendant's time to answer the complaint, sua sponte and nunc pro tunc, until **July 6, 2026**. Defendant is admonished that failure to respond to the complaint may lead to my requiring Plaintiff to make an application for a default judgment in this matter, which could lead to entry of a judgment against Defendant.

Plaintiff is ordered to serve this order on Defendant by mail and email at its last known addresses and to file proof of such service by **June 12, 2026**.

Dated:  June 9, 2026
         New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge